UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JOHN JOSEPH WISOWATY § Case No. 10-44957
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Frances Gecker_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-44957 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | JOHN JOSEPH WISOWATY | | | | Date Filed (f) or Converted (c): | 10/07/2010 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2010 |
| For Period Ending: | 04/21/2015 | | | | Claims Bar Date: | 05/20/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4-unit Apartment Building 1438 N. Maplewood Ave., | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Single-family Primary Residence 2419 W. Charleston | 440,500.00 | 3,600.23 | | 3,600.23 | FA |
| 3. Cash On Debtor's person | 40.00 | 40.00 | | 0.00 | FA |
| 4. Checking Account Chase | 8,644.76 | 5,494.76 | | 5,494.76 | FA |
| 5. Checking Account PNC Bank Balance is made up of te | 4,400.00 | 4,400.00 | | 0.00 | FA |
| 6. Business Checking Account Chase | 7,496.42 | 7,496.42 | | 0.00 | FA |
| 7. Business Savings Account Chase | 107.73 | 107.73 | | 0.00 | FA |
| 8. Tools Primary Residence | 500.00 | 500.00 | | 0.00 | FA |
| 9. Brunswick Pool Table Primary Residence | 200.00 | 200.00 | | 0.00 | FA |
| 10. Furniture Primary Residence | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11. Electronics Primary Residence | 500.00 | 500.00 | | 0.00 | FA |
| 12. Exercise Equipment Primary Residence | 500.00 | 500.00 | | 0.00 | FA |
| 13. Computer Primary Residence | 200.00 | 200.00 | | 0.00 | FA |
| 14. Art Primary Residence | 250.00 | 250.00 | | 0.00 | FA |
| 15. Books Primary Residence | 20.00 | 20.00 | | 0.00 | FA |
| 16. Music Collection Primary Residence | 50.00 | 50.00 | | 0.00 | FA |
| 17. Clothing Primary Residence | 200.00 | 0.00 | | 0.00 | FA |
| 18. Golf Clubs Primary Residence | 250.00 | 250.00 | | 0.00 | FA |
| 19. IRA Equity Trust Company | 494,085.46 | 0.00 | | 0.00 | FA |
| 20. Oracle 401k Fidelity | 110,537.00 | 0.00 | | 0.00 | FA |
| 21. TLG Arbors LLC Less than 10% Interest in Real Est | 0.00 | 0.00 | | 0.00 | FA |
| 22. TLG Casa Serena LLC Less than 10% Interest in Real | 0.00 | 0.00 | | 0.00 | FA |
| 23. White River Village LLC Approximately 40% interest | 0.00 | 0.00 | | 0.00 | FA |
| 24. Judgment obtained against Anita Hughes fo | 5,200.00 | 4,000.00 | | 4,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-44957 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | JOHN JOSEPH WISOWATY | | | | Date Filed (f) or Converted (c): | 10/07/2010 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2010 |
| For Period Ending: | 04/21/2015 | | | | Claims Bar Date: | 05/20/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 26. 2000 Toyota Camry (96,000 miles) Primary Residence | 2,000.00 | 0.00 | | 0.00 | FA |
| 27. 2000 Infinity I30 (110,000 miles) Daughter's Resid | 1,700.00 | 850.00 | | 0.00 | FA |
| 28. Post-Petition Interest Deposits    (u) | 0.00 | N/A | | 1.55 | FA |
| 29. RENT COLLECTED    (u) | 8,348.62 | 8,348.62 | | 8,348.62 | FA |
| 30. TAX REFUNDS    (u) | 0.00 | 299.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $1,586,729.99       $38,106.76       $21,445.16       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW AND APPROVAL.

Initial Projected Date of Final Report (TFR): 02/01/2012       Current Projected Date of Final Report (TFR): 03/06/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-44957 | Trustee Name: | Frances Gecker |
| Case Name: | JOHN JOSEPH WISOWATY | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX5155 |
| | | | MONEY MARKET |
| Taxpayer ID No: | XX-XXX3542 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/21/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/11 | | JOHN J. WISOWATY CASHIER'S CHECK | Checking Acct., Rent | | $17,843.38 | | $17,843.38 |
| | | | Gross Receipts    $17,843.38 | | | | |
| | 24 | | Judgment obtained against Anita Hughes fo    $4,000.00 | 1129-000 | | | |
| | 4 | | Checking Account Chase    $5,494.76 | 1129-000 | | | |
| | 29 | | RENT COLLECTED    $8,348.62 | 1222-000 | | | |
| 02/28/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.07 | | $17,843.45 |
| 03/31/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,843.60 |
| 04/29/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.14 | | $17,843.74 |
| 05/31/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.16 | | $17,843.90 |
| 06/30/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,844.05 |
| 07/29/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.14 | | $17,844.19 |
| 08/31/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.16 | | $17,844.35 |
| 09/30/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,844.50 |
| 10/31/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,844.65 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $22.73 | $17,821.92 |
| 11/30/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,822.07 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $21.97 | $17,800.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $17,844.80    $44.70

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 10-44957 | Trustee Name: | Frances Gecker |
| Case Name: JOHN JOSEPH WISOWATY | Bank Name: | Bank of America |
| | Account Number/CD#: | XXXXXX5155 |
| | | MONEY MARKET |
| Taxpayer ID No: XX-XXX3542 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/21/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/11 | 1000 | UNITED STATES TREASURY Internal Revenue ServiceCincinnati, OH 45999-0012 | FEIN 35-6893542 2011 - 1041 - Bankruptcy No. 10-44957 | 2810-000 | | $299.00 | $17,501.10 |
| 12/15/11 | 1001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030Springfield, IL 62794-9030 | 2011 Form IL-1041 FEIN: 35-6893542 Bankruptcy Case No. 10 B 44957 | 2820-000 | | $516.00 | $16,985.10 |
| 12/23/11 | 1002 | FRANK/GECKER LLP 325 N. LaSalle StreetSuite 625Chicago, IL 60654 | First Interim Fee Application | 3110-000 | | $2,552.50 | $14,432.60 |
| 12/29/11 | 28 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.13 | | $14,432.73 |
| 12/29/11 | | Transfer to Acct # XXXXXX2426 | Bank Funds Transfer | 9999-000 | | $14,432.73 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $17,844.93 | $17,844.93 |
| | Less: Bank Transfers/CD's | $0.00 | $14,432.73 |
| | Subtotal | $17,844.93 | $3,412.20 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $17,844.93 | $3,412.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $0.13     $17,800.23

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |     | | |
|---|---|---|---|---|
| Case No: | 10-44957 | Trustee Name: | Frances Gecker | |
| Case Name: | JOHN JOSEPH WISOWATY | Bank Name: | Congressional Bank | |
| | | Account Number/CD#: | XXXXXX2426 | |
| | | | GENERAL CHECKING | |
| Taxpayer ID No: | XX-XXX3542 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/21/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5155 | Bank Funds Transfer | 9999-000 | $14,432.73 | | $14,432.73 |
| 02/07/12 | 1000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BLANKET BOND #016026455 2/1/12  TO 2/1/13 | 2300-000 | | $13.94 | $14,418.79 |
| 02/13/12 | 30 | UNITED STATES TREASURY Internal Revenue ServiceCincinnati, OH 45999-0012 | TAX REFUNDS | 1224-000 | $299.00 | | $14,717.79 |
| 02/14/12 | 30 | Reverses Deposit # 1 | TAX REFUNDS Accountant has advised to not cash check until he can investigate. | 1224-000 | ($299.00) | | $14,418.79 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $14,418.79 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $14,432.73 | $14,432.73 |
| Less: Bank Transfers/CD's | $14,432.73 | $14,418.79 |
| Subtotal | $0.00 | $13.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $13.94 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*         Page Subtotals:         $14,432.73         $14,432.73

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 10-44957 | Trustee Name: | Frances Gecker |
| Case Name: JOHN JOSEPH WISOWATY | Bank Name: | The Bank of New York Mellon |
| | Account Number/CD#: | XXXXXX7116 |
| | | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3542 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/21/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $14,418.79 | | $14,418.79 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $13.01 | $14,405.78 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.75 | $14,394.03 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.40 | $14,372.63 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $20.68 | $14,351.95 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.34 | $14,330.61 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $20.62 | $14,309.99 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.28 | $14,288.71 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $20.59 | $14,268.12 |
| 10/27/14 | 2 | Bank of America P.O. Box 5012 Woodland Hills, CA 91365-5012 | Turnover Payment from Foreclosure action | 1110-000 | $3,600.23 | | $17,868.35 |

| | | |
|---|---|---|
| COLUMN TOTALS | $18,019.02 | $150.67 |
| Less: Bank Transfers/CD's | $14,418.79 | $0.00 |
| Subtotal | $3,600.23 | $150.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,600.23 | $150.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $18,019.02    $150.67

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2426 - GENERAL CHECKING | $0.00 | $13.94 | $0.00 |
| XXXXXX5155 - MONEY MARKET | $17,844.93 | $3,412.20 | $0.00 |
| XXXXXX7116 - GENERAL CHECKING | $3,600.23 | $150.67 | $17,868.35 |
|  | $21,445.16 | $3,576.81 | $17,868.35 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $21,445.16 |
| Total Gross Receipts: | $21,445.16 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-44957-JBS  
Debtor Name: JOHN JOSEPH WISOWATY  
Claims Bar Date: 5/20/2011  

Date: April 21, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $2,321.50 | $2,321.50 |
| 1 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $2,552.50 | $2,552.50 |
| 1 3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $1,834.60 | $1,834.60 |
| 1 70 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | Unsecured | | $0.00 | $28,763.57 | $28,763.57 |
| 2 70 7100 | N. A. CHASE BANK USA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $1,599.78 | $1,599.78 |
| 100 2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Administrative | | $0.00 | $2,894.52 | $2,894.52 |
| 100 3120 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $0.46 | $0.46 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $12.48 | $12.48 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion:<br>2/1/12 TO 2/1/13 | $0.00 | $34.53 | $34.53 |
| | Case Totals | | | $0.00 | $40,013.94 | $40,013.94 |

Page 1                                                             Printed: April 21, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-44957-JBS  Date: April 21, 2015
Debtor Name: JOHN JOSEPH WISOWATY
Claims Bar Date: 5/20/2011

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-44957
Case Name: JOHN JOSEPH WISOWATY
Trustee Name: Frances Gecker

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 2 | N. A. CHASE BANK USA | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE