UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| JOHN JOSEPH WISOWATY | § | Case No. 10-44957 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/26/2015 in Courtroom 682 (Judge Schmetterer),
EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/21/2015              By: /s/ Frances Gecker
                                         Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHN JOSEPH WISOWATY | § | Case No. 10-44957 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 21,445.16 |
| and approved disbursements of | $ | 3,576.81 |
| leaving a balance on hand of[1] | $ | 17,868.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 2,894.52 | $ 0.00 | $ 2,894.52 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 4,874.00 | $ 2,552.50 | $ 2,321.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 0.46 | $ 0.00 | $ 0.46 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 1,834.60 | $ 0.00 | $ 1,834.60 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 12.48 | $ 0.00 | $ 12.48 |
| Other: INTERNATIONAL SURETIES LTD. | $ 34.53 | $ 34.53 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $       7,063.56

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Remaining Balance                                        $      10,804.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,363.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 28,763.57 | $ 0.00 | $ 10,235.51 |
| 2 | N. A. CHASE BANK USA | $ 1,599.78 | $ 0.00 | $ 569.28 |

    Total to be paid to timely general unsecured creditors          $      10,804.79

    Remaining Balance                                        $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 10-44957-JBS
John Joseph Wisowaty                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1             User: adragonet            Page 1 of 2            Date Rcvd: Apr 28, 2015
                                 Form ID: pdf006            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2015.
db            #+John Joseph Wisowaty,    2419 W. Charleston St.,    Chicago, IL 60647-4109
aty            +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
16245758       +Anita Hughes,    1438 N. Maplewood #1,    Chicago, IL 60622-1695
16245759        Ari S. Holiday Network,    P.O. Box 78436,    Phoenix, AZ 85062-8436
16245760        Bank of America,    P.O. Box 650225,    Dallas, TX 75265-0225
16245762       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16915173        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16245763       +Clara Spencer,    1438 N. Maplewood #3,    Chicago, IL 60622-1695
16245764       +Gail C. Hersh Jr.,    Manely Deas Kochalski LLC,    P.O. Box 42728,    Cincinnati, OH 45242-0728
16245766        Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX 75265-3000
16245767       +Jeramie Overton and Grace Cunningham,    1438 N. Maplewood #4,    Chicago, IL 60622-1666
16245768       +Kathleen Wisowaty,    818 W. Hinsdale Ave.,    Hinsdale, IL 60521-3972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16861572         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2015 01:50:49
                  American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                  Oklahoma City, OK   73124-8840
17542530         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2015 01:50:53
                  American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                  Oklahoma City, OK   73124-8840
16245765        +E-mail/Text: pgray@hinsdalebank.com Apr 29 2015 01:55:55      Hinsdale Bank & Trust Co.,
                  25 E. First St.,    Hinsdale, IL 60521-4119
16245769         E-mail/Text: bnckohlsnotices@becket-lee.com Apr 29 2015 01:53:14      Kohls,    PO Box 2983,
                  Milwaukee, WI 53201-2983
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16245761      ##+Business Partners LLC,    9301 Winnetka Ave.,    Chatsworth, CA 91311-6069
16245770      ##+Terry Sumrall,    1438 N. Maplewood #2,    Chicago, IL 60622-1695
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2015 at the address(es) listed below:
              Brian Raynor    on behalf of Creditor   Bank of America, N.A. braynor@lockelord.com,
               docket@lockelord.com
              David P Leibowitz, ESQ    on behalf of Debtor John Joseph Wisowaty dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Donald L. Newman    on behalf of Creditor   Hinsdale Bank & Trust Co. dnewmanassoc@yahoo.com,
               dnewmanassoc@yahoo.com
              Frances Gecker    on behalf of Attorney   Frank/Gecker LLP fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Frances Gecker     fgecker@fgllp.com,  fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Frances Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Jose G Moreno    on behalf of Creditor   GREEN TREE SERVICING, LLC nd-one@il.cslegal.com
              Justin R. Storer    on behalf of Debtor John Joseph Wisowaty jstorer@lakelaw.com

```
District/off: 0752-1          User: adragonet            Page 2 of 2            Date Rcvd: Apr 28, 2015
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com, ccarpenter@fgllp.com;csmith@fgllp.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Todd J Ruchman    on behalf of Creditor   BAC Home Loans Servicing LP truchman@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com

                                                                                                      TOTAL: 11