UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHN JOSEPH WISOWATY | § | Case No. 10-44957 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 516,364.15                     Assets Exempt: 625,822.46
*(Without deducting any secured claims)*

Total Distributions to Claimants: 10,804.79      Claims Discharged
                                                 Without Payment: 2,870,607.46

Total Expenses of Administration: 10,640.37

3) Total gross receipts of $ 21,445.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 21,445.16 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,822,285.53 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,640.37 | 10,640.37 | 10,640.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,452.85 | 30,363.35 | 30,363.35 | 10,804.79 |
| **TOTAL DISBURSEMENTS** | $ 2,852,738.38 | $ 41,003.72 | $ 41,003.72 | $ 21,445.16 |

   4)  This case was originally filed under chapter 7 on 10/07/2010 . The case was pending for 58 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  07/23/2015         By:/s/Frances Gecker
                                                           Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single-family Primary Residence 2419 W. Charleston | 1110-000 | 3,600.23 |
| Checking Account Chase | 1129-000 | 5,494.76 |
| Judgment obtained against Anita Hughes fo | 1129-000 | 4,000.00 |
| RENT COLLECTED | 1222-000 | 8,348.62 |
| Post-Petition Interest Deposits | 1270-000 | 1.55 |
| **TOTAL GROSS RECEIPTS** | | **$21,445.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 650225 Dallas, TX 75265-0225 | | 459,072.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 650225 Dallas, TX 75265-0225 | | 293,940.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 650225 Dallas, TX 75265-0225 | | 294,415.00 | NA | NA | 0.00 |
| | Business Partners LLC 9301 Winnetka Ave. Chatsworth, CA 91311 | | 1,769,999.53 | NA | NA | 0.00 |
| | Hinsdale Bank & Trust Co. 25 E. First St. Hinsdale, IL 60521-7825 | | 4,859.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,822,285.53 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 2,894.52 | 2,894.52 | 2,894.52 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 34.53 | 34.53 | 34.53 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2300-000 | NA | 13.01 | 13.01 | 13.01 |
| BANK OF AMERICA | 2600-000 | NA | 44.70 | 44.70 | 44.70 |
| Bank of New York Mellon | 2600-000 | NA | 117.07 | 117.07 | 117.07 |
| Internal Revenue Service<br>Cincinnati, OH 45999-0012 | 2810-000 | NA | 299.00 | 299.00 | 299.00 |
| P.O. Box 19030<br>Springfield, IL 62794-9030 | 2820-000 | NA | 516.00 | 516.00 | 516.00 |
| FRANKGECKER LLP | 3110-000 | NA | 4,874.00 | 4,874.00 | 4,874.00 |
| FRANKGECKER LLP | 3120-000 | NA | 0.46 | 0.46 | 0.46 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 1,834.60 | 1,834.60 | 1,834.60 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 12.48 | 12.48 | 12.48 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,640.37 | $ 10,640.37 | $ 10,640.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gail C. Hersh Jr. Manely Deas Kochalski LLC P.O. Box 42728 Cincinnati, OH 45242 | | 0.00 | NA | NA | 0.00 |
| | Home Depot Credit Services P.O. Box 653000 Dallas, TX 75265-3000 | | 28,763.37 | NA | NA | 0.00 |
| | Kohls PO Box 2983 Milwaukee, WI 53201-2983 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 28,763.57 | 28,763.57 | 10,235.51 |
| 2 | CHASE BANK | 7100-000 | 1,689.48 | 1,599.78 | 1,599.78 | 569.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 30,452.85 | $ 30,363.35 | $ 30,363.35 | $ 10,804.79 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-44957 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | JOHN JOSEPH WISOWATY | | | | Date Filed (f) or Converted (c): | 10/07/2010 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2010 |
| For Period Ending: | 07/23/2015 | | | | Claims Bar Date: | 05/20/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4-unit Apartment Building 1438 N. Maplewood Ave., | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Single-family Primary Residence 2419 W. Charleston | 440,500.00 | 3,600.23 | | 3,600.23 | FA |
| 3. Cash On Debtor's person | 40.00 | 40.00 | | 0.00 | FA |
| 4. Checking Account Chase | 8,644.76 | 5,494.76 | | 5,494.76 | FA |
| 5. Checking Account PNC Bank Balance is made up of te | 4,400.00 | 4,400.00 | | 0.00 | FA |
| 6. Business Checking Account Chase | 7,496.42 | 7,496.42 | | 0.00 | FA |
| 7. Business Savings Account Chase | 107.73 | 107.73 | | 0.00 | FA |
| 8. Tools Primary Residence | 500.00 | 500.00 | | 0.00 | FA |
| 9. Brunswick Pool Table Primary Residence | 200.00 | 200.00 | | 0.00 | FA |
| 10. Furniture Primary Residence | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11. Electronics Primary Residence | 500.00 | 500.00 | | 0.00 | FA |
| 12. Exercise Equipment Primary Residence | 500.00 | 500.00 | | 0.00 | FA |
| 13. Computer Primary Residence | 200.00 | 200.00 | | 0.00 | FA |
| 14. Art Primary Residence | 250.00 | 250.00 | | 0.00 | FA |
| 15. Books Primary Residence | 20.00 | 20.00 | | 0.00 | FA |
| 16. Music Collection Primary Residence | 50.00 | 50.00 | | 0.00 | FA |
| 17. Clothing Primary Residence | 200.00 | 0.00 | | 0.00 | FA |
| 18. Golf Clubs Primary Residence | 250.00 | 250.00 | | 0.00 | FA |
| 19. IRA Equity Trust Company | 494,085.46 | 0.00 | | 0.00 | FA |
| 20. Oracle 401k Fidelity | 110,537.00 | 0.00 | | 0.00 | FA |
| 21. TLG Arbors LLC Less than 10% Interest in Real Est | 0.00 | 0.00 | | 0.00 | FA |
| 22. TLG Casa Serena LLC Less than 10% Interest in Real | 0.00 | 0.00 | | 0.00 | FA |
| 23. White River Village LLC Approximately 40% interest | 0.00 | 0.00 | | 0.00 | FA |
| 24. Judgment obtained against Anita Hughes fo | 5,200.00 | 4,000.00 | | 4,000.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-44957 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Frances Gecker |
| Case Name: | JOHN JOSEPH WISOWATY | | | | Date Filed (f) or Converted (c): | 10/07/2010 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2010 |
| For Period Ending: | 07/23/2015 | | | | Claims Bar Date: | 05/20/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 26. 2000 Toyota Camry (96,000 miles) Primary Residence | 2,000.00 | 0.00 | | 0.00 | FA |
| 27. 2000 Infinity I30 (110,000 miles) Daughter's Resid | 1,700.00 | 850.00 | | 0.00 | FA |
| 28. Post-Petition Interest Deposits       (u) | 0.00 | N/A | | 1.55 | FA |
| 29. RENT COLLECTED       (u) | 8,348.62 | 8,348.62 | | 8,348.62 | FA |
| 30. TAX REFUNDS       (u) | 0.00 | 299.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $1,586,729.99        $38,106.76        $21,445.16        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 02/01/2012        Current Projected Date of Final Report (TFR): 04/21/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-44957 | | Trustee Name: | Frances Gecker |
| Case Name: | JOHN JOSEPH WISOWATY | | Bank Name: | Bank of America |
| | | | Account Number/CD#: | XXXXXX5155 |
| | | | | MONEY MARKET |
| Taxpayer ID No: | XX-XXX3542 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/23/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/11 | | JOHN J. WISOWATY CASHIER'S CHECK | Checking Acct., Rent | | $17,843.38 | | $17,843.38 |
| | | | Gross Receipts          $17,843.38 | | | | |
| | 24 | | Judgment obtained against    $4,000.00 Anita Hughes fo | 1129-000 | | | |
| | 4 | | Checking Account Chase     $5,494.76 | 1129-000 | | | |
| | 29 | | RENT COLLECTED          $8,348.62 | 1222-000 | | | |
| 02/28/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.07 | | $17,843.45 |
| 03/31/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,843.60 |
| 04/29/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.14 | | $17,843.74 |
| 05/31/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.16 | | $17,843.90 |
| 06/30/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,844.05 |
| 07/29/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.14 | | $17,844.19 |
| 08/31/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.16 | | $17,844.35 |
| 09/30/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,844.50 |
| 10/31/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,844.65 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $22.73 | $17,821.92 |
| 11/30/11 | 28 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.15 | | $17,822.07 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $21.97 | $17,800.10 |

| | | | Page Subtotals: | | $17,844.80 | $44.70 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-44957 | Trustee Name: | Frances Gecker |
| Case Name: JOHN JOSEPH WISOWATY | Bank Name: | Bank of America |
| | Account Number/CD#: | XXXXXX5155 |
| | | MONEY MARKET |
| Taxpayer ID No: XX-XXX3542 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 07/23/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/11 | 1000 | UNITED STATES TREASURY Internal Revenue ServiceCincinnati, OH 45999-0012 | FEIN 35-6893542 2011 - 1041 - Bankruptcy No. 10-44957 | 2810-000 | | $299.00 | $17,501.10 |
| 12/15/11 | 1001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030Springfield, IL 62794-9030 | 2011 Form IL-1041 FEIN: 35-6893542 Bankruptcy Case No. 10 B 44957 | 2820-000 | | $516.00 | $16,985.10 |
| 12/23/11 | 1002 | FRANK/GECKER LLP 325 N. LaSalle StreetSuite 625Chicago, IL 60654 | First Interim Fee Application | 3110-000 | | $2,552.50 | $14,432.60 |
| 12/29/11 | 28 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.13 | | $14,432.73 |
| 12/29/11 | | Transfer to Acct # XXXXXX2426 | Bank Funds Transfer | 9999-000 | | $14,432.73 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $17,844.93 | $17,844.93 |
| | Less: Bank Transfers/CD's | $0.00 | $14,432.73 |
| | Subtotal | $17,844.93 | $3,412.20 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $17,844.93 | $3,412.20 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*      Page Subtotals:     $0.13     $17,800.23

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-44957 | Trustee Name: | Frances Gecker |
| Case Name: | JOHN JOSEPH WISOWATY | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX2426 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX3542 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/23/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5155 | Bank Funds Transfer | 9999-000 | $14,432.73 | | $14,432.73 |
| 02/07/12 | 1000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | $13.94 | $14,418.79 |
| 02/13/12 | 30 | UNITED STATES TREASURY Internal Revenue ServiceCincinnati, OH 45999-0012 | TAX REFUNDS | 1224-000 | $299.00 | | $14,717.79 |
| 02/14/12 | 30 | Reverses Deposit # 1 | TAX REFUNDS Accountant has advised to not cash check until he can investigate. | 1224-000 | ($299.00) | | $14,418.79 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $14,418.79 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,432.73 | $14,432.73 |
| Less: Bank Transfers/CD's | $14,432.73 | $14,418.79 |
| Subtotal | $0.00 | $13.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $13.94 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Page Subtotals: $14,432.73 $14,432.73

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-44957 | Trustee Name: Frances Gecker |
| Case Name: JOHN JOSEPH WISOWATY | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7116 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3542 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/23/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $14,418.79 | | $14,418.79 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $13.01 | $14,405.78 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.75 | $14,394.03 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.40 | $14,372.63 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $20.68 | $14,351.95 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.34 | $14,330.61 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $20.62 | $14,309.99 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.28 | $14,288.71 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $20.59 | $14,268.12 |
| 10/27/14 | 2 | Bank of America P.O. Box 5012 Woodland Hills, CA 91365-5012 | Turnover Payment from Foreclosure action | 1110-000 | $3,600.23 | | $17,868.35 |
| 06/02/15 | 10002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,321.50 | $15,546.85 |
| 06/02/15 | 10003 | ALAN D. LASKO & ASSOCIATES P. C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,834.60 | $13,712.25 |
| 06/02/15 | 10004 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,894.52 | $10,817.73 |

| | | Page Subtotals: | | | $18,019.02 | $7,201.29 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-44957 | Trustee Name: Frances Gecker |
| Case Name: JOHN JOSEPH WISOWATY | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7116 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3542 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/23/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/15 | 10005 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $0.46 | $10,817.27 |
| 06/02/15 | 10006 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $12.48 | $10,804.79 |
| 06/02/15 | 10007 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | Final distribution to claim 1 representing a payment of 35.58 % per court order. | 7100-000 | | $10,235.51 | $569.28 |
| 06/02/15 | 10008 | CHASE BANK<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution to claim 2 representing a payment of 35.58 % per court order. | 7100-000 | | $569.28 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $18,019.02 | $18,019.02 |
| Less: Bank Transfers/CD's | $14,418.79 | $0.00 |
| Subtotal | $3,600.23 | $18,019.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,600.23 | $18,019.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*    Page Subtotals:    $0.00    $10,817.73

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2426 - GENERAL CHECKING | $0.00 | $13.94 | $0.00 |
| XXXXXX5155 - MONEY MARKET | $17,844.93 | $3,412.20 | $0.00 |
| XXXXXX7116 - GENERAL CHECKING | $3,600.23 | $18,019.02 | $0.00 |
|  | $21,445.16 | $21,445.16 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $21,445.16 |
| Total Gross Receipts: | $21,445.16 |

Page Subtotals:                    $0.00         $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*